IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DETINA EATON                                                                                   PLAINTIFFS
ADC #707841

LISA MARIA SALAZAR FANN

V.                              NO.  1:07CV00045 WRW

ARKANSAS STATE POLICE                                                          DEFENDANT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiffs' complaint without prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order, and this judgment entered thereunder, would not be taken in good faith.

IT IS SO ORDERED this 17th day of October, 2007.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE